IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MAURICE STEWART #208-348** : | |
| **Plaintiff** : | |
| v. : | CASE NO. JFM 14-570 |
| **WEXFORD HEALTH SOURCES, INC.** : **ET AL.** : | |
| **Defendants** : | |

## DEFENDANTS' MOTION TO SEAL ECF NO. 17

Defendants Wexford Health Sources, Inc. ("Wexford") and Robustiano Barrera, M.D. (collectively referred to as "Defendants"), by their undersigned counsel, Joseph B. Chazen, Gina M. Smith and Meyers, Rodbell & Rosenbaum, P.A., move this Court to seal the Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment (hereinafter "Motion") filed on July 28, 2014, and state:

1. Plaintiff's claims relate to alleged deliberately indifferent treatment of Plaintiff's serious medical needs in violation of 42 U.S.C. § 1983.

2. Defendants, in their Motion (ECF No. 17) rely on Plaintiff's relevant medical records, facts, and personal history of a sensitive nature in their Motion as evidence that Defendants are entitled to dismissal or judgment as a matter of law in their favor.

3. Plaintiff's relevant medical records, attached to the Motion as Exhibit 1 (ECF No 17-4), contain Plaintiff's personal information that should be shielded by the Court from public view.

4. Defendants, in their Motion, also rely on the Affidavit of Robustiano Barrera, M.D., attached to the Motion as Exhibit 2 (ECF No. 17-5),

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{068821.DOCX}

which also contains Plaintiff's personal information that should be shielded from public view.

5. The contents of said records are discussed in detail in the Motion and its accompanying Memorandum of Law.

6. The Motion and its accompanying Memorandum of Law and Exhibits cannot be redacted without eviscerating the purpose of the Motion and without prejudice to Defendants to present an adequate defense to Plaintiff's medical claims.

WHEREFORE, Defendants request this Honorable Court to seal Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and its accompanying Memorandum of Law and Exhibits.

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _/s/ Joseph B. Chazen_
Joseph B. Chazen
Federal Bar No. 03154

By: _/s/ Gina M. Smith_
Gina M. Smith
Federal Bar No. 22425
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
(301) 699-5800

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{068821.DOCX}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of August 2014, a copy of the foregoing Motion to Seal was mailed, postage prepaid, to:

Maurice Stewart #208-348
North Branch Correctional Institution
14100 McMullen Highway, SW
Cumberland, MD  21502

Stephanie Judith Lane Weber
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{068821.DOCX}